NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH ANTHONY NASTASI,    )
)
    Appellant,    )
)
v.    )    Case No. 2D17-1939
)
KODIE JEAN NASTASI,    )
)
    Appellee.    )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Lee
County; Robert Branning, Judge.

Joseph Anthony Nastasi, pro se.

No appearance for Appellee.


PER CURIAM.


    Affirmed.


CASANUEVA, VILLANTI, and BLACK, JJ., Concur.